ing. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924.

Maurice Alschuler, for appellant. Heffron & McCracken, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Victor Manufacturing and Casket Company, appellant, v. Michael Rosenberg and Moe Rosenberg, trading as Rosenberg Iron & Metal Company, appellee. Gen. No. 27,964.**

Suit for balance due for scrap copper, sold and delivered, amount claimed being $1,853.64. Judgment for plaintiff for $268.08, amount admittedly owed by defendant. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Culver, Andrews & King, for appellant. Max M. Korshak, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**B. L. Saltzmann, appellee, v. F. J. Lewis Manufacturing Company, appellant. Gen. No. 27,990.**

Suit to recover sum paid for lumber sold and delivered by defendant, quality and quantity not being as represented, and for damages following, amounting in all to $5,000. Judgment for plaintiff for $1,798.59. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed December 26, 1923.

George F. Barrett and Charles V. Barrett, for appellant. Soelke & Johnson, for appellee; Alex Koehn, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Chester H. Wright, appellee, v. Jewell Belting Company, appellant. Gen. No. 28,024.**

Assumpsit for salary, commission and expenses for selling oil and belting. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 14, 1924.

Bangs & Frankhauser, for appellant; Martin W. Watrous, of counsel. William C. McHenry, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**The Bond & Mortgage Company, appellant, v. John A. Crawford, appellee. Gen. No. 27,855.**

Premises held by complainant under trust deed securing loan, and providing trustee might take possession on default and manage property until such default made good. Default of defendant and refusal to permit complainant to collect rents, etc. Receiver appointed and temporary injunction granted against defendant. Defendant demurs to complaint and demurrer sustained, receiver discharged and injunction dissolved. Appeal from the Circuit Court of